## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RAY JONES**                                                                 **PLAINTIFF**
**ADC #656660**

**v.**                              **CASE NO. 4:20-CV-01181-BSM**

**SAMUEL A. ALITO, JR.,** *et al.*                                     **DEFENDANTS**

### JUDGEMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of December, 2020.


_____
UNITED STATES DISTRICT JUDGE